OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 DEC. 15. 20

12/7/2015
DIGBY, BRUCE          Writ No. 23,827 (Tr. Ct. No. 7493)          WR-63,863-05
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

BRUCE DIGBY
HUNTSVILLE UNIT - TDC # 1181700
815 12TH STREET
HUNTSVILLE, TX 77342

U.T.F

UTF Discharged

JMAGN3B 77340